United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William McAlonan  
    Debtor

Case No. 18-15329-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey    Page 1 of 2    Date Rcvd: Oct 23, 2019  
Form ID: pdf900    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.

```
db            +William McAlonan,    113 Roseberry Street,    Philadelphia, PA 19148-4023
14179930     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
14200993      BANK OF AMERICA, N.A.,    C/O MICHAEL J. SHAVEL,    7777 Township Line Road, Suite 250,
               Yardley, PA 19067-5565
14215844     +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road, Suite 200-A,    Anaheim, CA 92806-5948
14179933     +KML Law Group P.C.,    Suite 5000- BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14179934     +Police &fire,    1 Greenwood Square Office Park,    3333 Street Rd.,    Bensalem, PA 19020-2022
14183647     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Oct 24 2019 02:59:31    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:59:14
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 24 2019 02:59:28    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14179929     +E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2019 02:59:04    American Suzuki Fin,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
14181497      E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2019 02:59:04
               American Suzuki Financial Services,    PO Box 130424,    Roseville, MN 55113-0004
14179931     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 02:59:50    Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14192597      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 03:00:13
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14179932     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2019 03:00:04    Credit One Bank,
               Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14213216      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 02:59:52
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor William  McAlonan brad@sadeklaw.com,
           bradsadek@gmail.com
          MICHAEL J. SHAVEL    on behalf of Creditor    BANK OF AMERICA, N.A. mshavel@hillwallack.com,
           lharkins@hillwallack.com;jrydzewski@HillWallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2               Date Rcvd: Oct 23, 2019
                              Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> WILLIAM  MCALONAN | Chapter 13 |
| Debtor | Bankruptcy No. 18-15329-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 23, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
WILLIAM  MCALONAN

113 ROSEBERRY STREET

PHILADELPHIA, PA 19148